## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   20-03049-01-CR-S-RK |
| | ) | |
| ANTHONY THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the Indictment filed on June 10, 2020, is now Accepted and the Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.


_____/s/ Roseann Ketchmark_____
**ROSEANN KETCHMARK**
**UNITED STATES DISTRICT JUDGE**


Date: November 3, 2020